JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO LOZA,             ) <br>                 ) <br>      Plaintiff, ) <br>                 ) <br>    v.             ) <br>                 ) <br> HOMECOMING FINANCIAL;  ) <br> and DOES 1 TO 10,    ) <br> INCLUSIVE,          ) <br>                 ) <br>      Defendants. ) <br> _____ ) | Case No. EDCV 09-0012-VAP (OPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  February 26, 2009

                                         VIRGINIA A. PHILLIPS <br>                     United States District Judge